**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

IN RE IDEANOMICS, INC. DERIVATIVE
LITIGATION

ORDER

20 Civ. 5333 (GBD)

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on August 24, 2021 is hereby adjourned to October 12, 2021 at 9:30 a.m.

Dated: August 17, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE