**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
IN RE IDEANOMICS, INC. DERIVATIVE :
LITIGATION :
: ORDER
:
: 20 Civ. 5333 (GBD)
:
:
:
:
:
:
------------------------------------- x

GEORGE B. DANIELS, District Judge:

In light of the parties' notice that the parties have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. A preliminary approval hearing is set for December 14, 2021 at 10:30 a.m.

Dated: New York, New York
       October 6, 2021

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge